UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI,
WESTERN DIVISION

MARY MARTIN                                                              PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 5:07cv155-DCB-JMR

SHELTER MUTUAL INSURANCE COMPANY                                        DEFENDANT

### ORDER OF REMAND

This cause having come before the Court on the plaintiff's Motion to Remand [docket entry no. 17] and the Court having granted said Motion because it lacks jurisdiction over the subject matter of the action; accordingly,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is remanded to the Circuit Court of Adams County, Mississippi.

**SO ORDERED AND ADJUDGED,** this the  8th  day of May 2008.

                                                s/ David Bramlette
                                          **UNITED STATES DISTRICT JUDGE**